US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

MAR - 6 2024

By Ronald E. Dowling
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 6:24-CR-60007-001 |
| v. | ) | |
| | ) | |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5845(a)(3) |
| | ) | 26 U.S.C. § 5861(d) |
| MICHAEL ELMORE | ) | 26 U.S.C. § 5871 |

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about January 2, 2023, in the Western District of Arkansas, Hot Springs Division, the defendant, **MICHAEL ELMORE**, knowingly possessed a firearm, as that term is defined in Title 26, United States Code, Section 5845(a)(3), that is: a CZ, model Scorpion EVO 3 S1, short barreled rifle, 9mm caliber, serial number G183284, having a barrel of less than 16 inches in length, not registered to the defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841, 5871.

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Count One of this Indictment.

Upon conviction of Count One of this Indictment, the Defendant, MICHAEL ELMORE, shall forfeit to the United States pursuant to Title 49, United States Code, Section 80303, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461 all firearms and

ammunition used in this offense, to wit:

a. CZ, model Scorpion EVO 3 S1, short barreled rifle, 9mm caliber, serial number G183284, having a barrel of less than 16 inches in length, not registered to the defendant in the National Firearms Registration and Transfer Record seized from the defendant.

As a result of committing the offense alleged in Count One, the Defendant shall forfeit to the United States, pursuant to Title 49, United States Code, Section 80303, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461 all property involved in the offense. Moreover, if any property subject to forfeiture, as a result of any act or omission by the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

the Defendant shall forfeit to the United States any other property of the Defendant up to the value of the forfeitable property.

A True Bill.

/s/Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: ______________________ FR
David A. Harris
Assistant U. S. Attorney
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125